USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EDINSON AMIN BELTRE FELIZ,
a/k/a "Eddie,"

                Defendant.

21 Mag. 5809 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The plea hearing in the above-captioned action scheduled for December 1, 2021, at 11:00 a.m., is ADJOURNED to **December 1, 2021**, at **3:30 p.m.**

    SO ORDERED.

Dated: November 23, 2021
       New York, New York

                                        ANALISA TORRES
                              United States District Judge